# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139083-4(43)

JOSEPH HINZ, as Personal Representative of
the ESTATE OF JOHN ALLEN HAWKINS,
Deceased,
          Plaintiff-Appellant,

v

ALAN ALMY,
          Defendant-Appellee,

and

ALEXANDER HAMIL,
          Defendant.
_____/

SC: 139083
COA: 285125
Ingham CC: 07-001056-NI

JOSEPH HINZ, as Personal Representative of
the ESTATE OF JOHN ALLEN HAWKINS,
Deceased,
          Plaintiff-Appellant,

v

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES,
          Defendant-Appellee.
_____/

SC: 139084
COA: 285126
Court of Claims: 07-000026-MZ

On order of the Court, the motion for reconsideration of this Court's November 19, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., and CAVANAGH, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

d0222